**No. 09-1299. Donnie Cleveland Lance, Petitioner v. Hilton Hall, Warden.**

561 U.S. 1053, 131 S. Ct. 53, 177 L. Ed. 2d 1143, 2010 U.S. LEXIS 5727.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1026, 130 S. Ct. 3510, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5502.

**No. 09-1309. Stephen W. Nizio, Petitioner v. William M. Cook, et al.**

561 U.S. 1053, 131 S. Ct. 53, 177 L. Ed. 2d 1143, 2010 U.S. LEXIS 5725.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1026, 130 S. Ct. 3513, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5493.

**No. 09-1330. Willie Gerald Newsom, Petitioner v. Tennessee, et al.**

561 U.S. 1053, 131 S. Ct. 53, 177 L. Ed. 2d 1143, 2010 U.S. LEXIS 5690.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1027, 130 S. Ct. 3517, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5446.

**No. 09-7963. Melvin Wilson, Petitioner v. United States.**

561 U.S. 1054, 131 S. Ct. 57, 177 L. Ed. 2d 1143, 2010 U.S. LEXIS 5695.

September 3, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1009, 130 S. Ct. 3455, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5011.

**No. 09-8318. Jorge Tellez, Petitioner v. Florida Department of Corrections.**

561 U.S. 1053, 131 S. Ct. 53, 177 L. Ed. 2d 1143, 2010 U.S. LEXIS 5703.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 940, 130 S. Ct. 3380, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4451.

**No. 09-9865. Lorenzo C. Townsend, Petitioner v. Michigan.**

561 U.S. 1053, 131 S. Ct. 54, 177 L. Ed. 2d 1143, 2010 U.S. LEXIS 5697.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 942, 130 S. Ct. 3359, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4397.

**No. 09-9881. Raymond L. Semler, Petitioner v. Erick Klang, et al.**

561 U.S. 1053, 131 S. Ct. 54, 177 L. Ed. 2d 1143, 2010 U.S. LEXIS 5710.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 954, 130 S. Ct. 3393, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4680.